IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSE MARIE TATUM TERRY, | |
| Petitioner, | 8:20CV386 |
| vs. | |
| UNITED STATES OF AMERICA, | MEMORANDUM AND ORDER |
| Respondent. | |

The Petitioner has filed a § 2241 petition. She is currently being held as an immigration detainee in the Douglas County Correctional Center. The only relief she seeks is: "I am asking the courts to allow me to stay in the United States and not to deport me to Honduras." There are no supporting allegations. Because the Petitioner does not contest her arrest related to Case No. 8:19CR161 in the United States District Court for the District of Nebraska, the petition will be denied and dismissed without prejudice.

IT IS ORDERED that Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Filing 1) is denied and dismissed without prejudice.

Dated this 16th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge