IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSE MARIE TATUM TERRY,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 8:20CV386<br><br>**ORDER** |

    IT IS ORDERED that Respondent shall file a response to Petitioner's Motion to Reopen Case (Filing 9) on or before November 18, 2020.

    Dated this 28th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge