IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSE MARIE TATUM TERRY,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 8:20CV386<br><br>**ORDER** |

IT IS ORDERED that Petitioner may proceed on appeal in forma pauperis on her two Notices of Appeal (Filings 11 and 12).

Dated this 5th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge